Barse and another. C. W. Artz, for appellant. J. A. Corbin, for respondents. No opinion. Judgment affirmed, with costs.

BOYER. et al., Respondents, v. FIDELITY TRUST CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 6, 1904.) Action by Thomas Boyer and others against the Fidelity Trust Company of Buffalo. No opinion. Judgment and order affirmed, with costs.

BREESE et al., Appellants, v. GRAVES et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 6, 1904.) Action by Sidney B. Breese and others against Maurice A. Graves and others. No opinion. Judgment and orders affirmed, with costs, except the order granting extra allowance, which is modified by reducing the allowance to the sum of $1,000, and, as so modified, said order is affirmed.

In re BRISTOL. BRISTOL, Appellant, v. DUNLAP, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 6, 1904.) In the matter of proving the last will of Harmony B. Bristol, deceased. Proceeding by Ira C. Bristol against Cornelia A. Dunlap. No opinion. Decree of Surrogate's Court affirmed, with costs against the appellant personally.

BRITTON v. CEDERSTROM. (Supreme Court, Appellate Division, First Department. June 29, 1904.) Action by Reuben A. Britton against Adelina Cederstrom. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

In re BROOKLYN BAR ASS'N. (Supreme Court, Appellate Division, Second Department. June 24, 1904.) In the matter of the application of the Brooklyn Bar Association to punish James A. Murtha, Jr., an attorney. No opinion. Reference ordered to Herbert T. Ketcham, Esq., under section 68 of the Code of Civil Procedure.

BRUEN, Appellant, v. HUBER, Respondent. (Supreme Court, Appellate Division, Second Department. July 28, 1904.) Action by Edwin C. Bruen against Joseph M. Huber. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re BUCKLER. (Supreme Court, Appellate Division, First Department. June 24, 1904.) In the matter of Marion Buckler. No opinion. Motion denied.

BUCKLEY, Appellant, v. WESTCHESTER LIGHTING CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 24, 1904.) Action by James Buckley, as administrator, etc., of John Golden, deceased, against the Westchester Lighting Company. No opinion. Motion for reargument denied, with $10 costs.

BURNS, Respondent, v. NEW YORK & Q. C. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1904.) Action by Minnie H. Burns against the New York & Queens County Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

BUTLER, Respondent, v. MICHIGAN MUT. LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 24, 1904.) Action by Nettie Butler against the Michigan Mutual Life Insurance Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied.

CADIGAN, Respondent, v. NEW YORK & P. CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 30, 1904.) Action by Sarah Cadigan, as administratrix, etc., of John Cadigan, deceased, against the New York & Pennsylvania Company. No opinion. Judgment and order unanimously affirmed, with costs.

CAMPBELL et al., Appellants, v. MOORE, Respondent. (Supreme Court, Appellate Division, First Department. June 24, 1904.) Action by James P. Campbell and another against John A. Moore. A. Thain, for appellants. O. W. Ehrhorn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

CARPENTER, Respondent, v. FINNEY et al., Appellants. (Supreme Court, Appellate Division, Third Department. June 30, 1904.) Action by Grant Carpenter against William W. Finney and Grant Brand. No opinion. Judgment and order unanimously affirmed, with costs.

In re CARROLL. (Supreme Court, Appellate Division, Third Department. June 30, 1904.) In the matter of the application of Margaret Carroll to remove certain indictments to the Supreme Court and for a change of venue therein. No opinion. Order affirmed.

CARROLL v. BURGESS. (Supreme Court, Appellate Division, First Department. June 24, 1904.) Action by David H. Carroll against William H. Burgess. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

CARVALHO, Respondent, v. MERRILL, Appellant. (Supreme Court, Appellate Division, First Department. June 24, 1904.) Action by Solomon S. Carvalho against Bradford Merrill. C. J. Shearn, for appellant. W. H. Van Benschoten, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

CARY et al., Appellants, v. MARYLAND CASUALTY CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. July 6, 1904.) Action by Seward Cary and others against the Maryland Casualty Company. No opinion. Judgment and order affirmed, with costs.